ACCEPTED
03-13-00463-CV
5995834
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 11:38:14 AM
JEFFREY D. KYLE
CLERK



**RYAN LAW**

Three Galleria Tower, 13155 Noel Road, Suite 1850 | Dallas, Texas 75240 | 972.250.6363 Main | 972.250.3599 Fax | www.ryanlawllp.com

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/9/2015 11:38:14 AM
JEFFREY D. KYLE
Clerk

KORY L. RYAN, PARTNER
Direct: 872.407.6504
Kory.Ryan@RyanLawLLP.com

July 8, 2015

*Via E-Filing*

Mr. Courtland Crocker
Deputy Clerk
Third Court of Appeals
209 W. 14th Street
Austin, Texas 78701

Re: *AETC II Privatized Housing, LLC v. Tom Green County Appraisal District;*
*Trial Court Case No:* *D-10-0377-C*
*Court of Appeals No.:* *03-13-00463-CV*

Dear Mr. Crocker:

Enclosed please find Appellant's Unopposed First Motion to Extend Time to File Appellant's Motion for Rehearing, with regard to the above-referenced case.

Thank you for your assistance. If you have any questions, please do not hesitate to contact me.

Regards,

Kory L. Ryan

/sl
Enclosure

cc:
Mr. James Evans, w/encl. *(Via Facsimile)*